UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :
        Plaintiff,    :
                  : 1:CV-01-0159
       v.             :
                  : (Magistrate Judge Mannion)
MICHAEL SHEHADI,               :
        Defendant.    :

## NOTICE OF JUDGMENT DEBTOR EXAMINATION

TO: MICHAEL SHEHADI

    YOU WILL PLEASE TAKE NOTICE that pursuant to Rules 26 and 69(a) of the Federal Rules of Civil Procedure and the attached Judgment Debtor Subpoena, the United States of America, Plaintiff, will take the oral deposition of Michael Shehadi, Defendant, in the above titled action before the Honorable Malachy E. Mannion, United States Magistrate Judge, at <u>9:00 a.m.</u>, on <u>April 28, 2004</u>.


Dated:   _____, 2004


                         MARY E. D'ANDREA
                         Clerk, U.S. District Court


            By:   _____
                    Deputy Clerk