THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA  18501
Phone:  (570) 348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | 1:CV-01-0159 |
| v. | ) | (Magistrate Judge Mannion) |
| | ) | |
| MICHAEL SHEHADI, | ) | MOTION TO TAPE-RECORD |
| Defendant. | ) | <u>PROCEEDINGS</u> |

COMES NOW, the United States of America and waives the presence of a Court Reporter at the hearing in this matter on April 28, 2004 at 9:00 a.m., and the preparation of a transcript of such hearing.  The United States of America moves that the proceedings of said hearing, including the answers of MICHAEL SHEHADI, Defendant, be recorded by means of a tape-recorder.

            Respectfully submitted,

            THOMAS A. MARINO
            United States Attorney

    s/  J. Justin Blewitt
            _____
            J. JUSTIN BLEWITT, JR.
            Assistant U.S. Attorney

            CARROLL A. TERRUSO
            Paralegal Specialist

DATE: 4/15/04