UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     )
            Plaintiff         )
                              )
            v.                )     1:CV-01-0159
                              )
MICHAEL SHEHADI,              )     (Magistrate Judge Mannion)
            Defendant.        )


O R D E R

   Upon Plaintiff's Motion to Tape-Record Proceedings, it is

hereby ORDERED and ADJUDGED that the Motion be, and the same is

granted.

   This _____ day of _____, 2004.


                              _____
                              MALACHY E. MANNION
                              United States Magistrate Judge