UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL SHEHADI, )<br>      Defendant. ) | 1:CV-01-0159<br>(Magistrate Judge Mannion) |

### JUDGMENT DEBTOR EXAMINATION SUBPOENA

The plaintiff has shown to the Court that the plaintiff is owner of a judgment obtained in this court against you, the judgment defendant, on which there is now due the sum of $6,019.03.

And the plaintiff has petitioned the Court for an Order requiring you, the judgment defendant, to appear in this court and answer as to your wages, assets, profits and other non-exempt property which can be applied toward satisfaction of the judgment.

YOU ARE COMMANDED to appear in Courtroom No. 1 of the Max Rosen U.S. Courthouse, 197 South Main Street, Wilkes Barre, PA 18701 on the 28th day of May, 2004 at 9:00 o'clock a.m., before the Honorable Malachy E. Mannion, United States Magistrate Judge, and to bring the items listed on the attached list.

IT IS FURTHER ORDERED that you will bring a copy of your last two income tax returns and all documents evidencing ownership of personal or real property having a value in excess of One Hundred Dollars and all records and documents listed in Attachment "A", along with a completed Financial Statement Form OBD 500.

A copy of this ORDER together with the Petition for Proceedings Supplemental and a blank Financial Statement Form OBD 500 shall be served upon the defendant, MICHAEL SHEHADI on or before April 26, 2004.

FAILURE TO OBEY THIS ORDER MAY RESULT IN AN ORDER TO SHOW CAUSE AND A WARRANT FOR YOUR ARREST.

                                              MALACHY E. MANNION
                                              United States Magistrate Judge

DATE: 4-15-04