UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
        Plaintiff, :
                   : 1:CV-01-0159
    v. :
                   : (Magistrate Judge Mannion)
MICHAEL SHEHADI, :
        Defendant. :

**NOTICE OF JUDGMENT DEBTOR EXAMINATION**

TO: MICHAEL SHEHADI

    YOU WILL PLEASE TAKE NOTICE that pursuant to Rules 26 and 69(a) of the Federal Rules of Civil Procedure and the attached Judgment Debtor Subpoena, the United States of America, Plaintiff, will take the oral deposition of Michael Shehadi, Defendant, in the above titled action before the Honorable Malachy E. Mannion, United States Magistrate Judge, at 9:00 a.m., on ~~April~~ May 28, 2004.

Dated: April 16, 2004

                                    MARY E. D'ANDREA
                                    Clerk, U.S. District Court

                        By: _____
                                    Deputy Clerk