THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Scranton, PA  18501
Phone: 570-348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         : | |
|      Plaintiff,                     : | |
|                                   : | 1:01-CV-00159 |
|   v.                             : | |
|                                   : | (Magistrate Judge Mannion) |
|                                   : | |
| MICHAEL SHEHADI, JR.,              : | |
|      Defendant.                    : | |

**PLAINTIFF'S MOTION TO VACATE ORDER**

     Comes now the Plaintiff, United States of America, by and through undersigned counsel, and moves the Court for an order vacating its Order directing defendant's appearance. In support thereof, plaintiff represents that:

  On April 15, 2004, this Court issued an Order directing defendant to appear on Friday, May 28, 2004 at 9:00 a.m. in Courtroom No. 1 of the Max Rosenn United States Courthouse, 197 S. Main Street, Wilkes Barre, PA and to provide answers to discovery propounded by the plaintiff.

  As a result of the Order, the defendant, Michael Shehadi, Jr., has complied with the discovery requests of the plaintiff and has answered the written interrogatories thereby eliminating the need for this hearing.

**WHEREFORE**, Plaintiff respectfully requests this Court to issue an Order vacating its 4/15/04 Order.

                                                        THOMAS A. MARINO
                                                       United States Attorney

                                        s/ J. Justin Blewitt, Jr.
                                        _____
                                        J. JUSTIN BLEWITT, JR.
                                        Assistant U.S. Attorney

                                        CARROLL A. TERRUSO
                                        Paralegal Specialist

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing **PLAINTIFF'S MOTION TO VACATE ORDER** by mailing a copy thereof to judgment defendant, Michael Shehadi, Jr., 302 Coal Street, Nesquehoning, PA 18240 on this 26th day of May, 2004.

                                    s/   J. Justin Blewitt, Jr.
                                      _____
                                      J. JUSTIN BLEWITT, JR.
                                      Assistant United States Attorney