THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Scranton, PA 18503
Phone: (570) 348-2800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| Vs. | : | 1:01-CV-00159 |
| | : | |
| MICHAEL SHEHADI, JR., | : | (Magistrate Judge Mannion) |
| Defendant. | : | |

CERTIFICATE OF NON-CONCURRENCE

J. Justin Blewitt, Jr., Assistant United States Attorney, hereby certifies that his office did not contact defendant Michael Shehadi, Jr. inquiring as to whether he had an objection to the filing of the within Motion as the defendant is proceeding pro se.

THOMAS A. MARINO
United States Attorney

s/ J. Justin Blewitt, Jr.

_____
J. JUSTIN BLEWITT, JR.
Assistant U. S. Attorney

CARROLL A. TERRUSO
Paralegal Specialist

DATE: 5/26/04