

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           :
        Plaintiff,             :
                                :
                                :
    v.                          :   1:01-CV-00159
                                :
MICHAEL SHEHADI, JR.,                :   (Magistrate Judge Mannion)
        Defendant.             :

O R D E R

AND NOW, this 26th day of May, 2004, upon consideration of the Plaintiff's Motion to vacate our earlier Order in the above-captioned matter, IT IS HEREBY ORDERED THAT:

This Court's April 15, 2004 Order is hereby vacated.

MALACHY E. MANNION
United States Magistrate Judge